UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERGUAN UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>JASON KANNO, et al.,<br><br>Defendants. | Case No. 16-CV-03619-LHK<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. No. 23 |

On December 2, 2016, the court in *Herguan University v. ICE*, Case No. 5:16-CV-06656-BLF, filed a *sua sponte* Referral for Purpose of Determining Relationship ("Referral") pursuant to Civil L.R. 3-12. The Referral requested this Court to determine whether to relate *Herguan University v. ICE*, Case No. 5:16-CV-06656-BLF, filed November 16, 2016, to *Herguan University v. Kanno*, Case No. 16-CV-03619-LHK, filed June 27, 2016.

The Court finds that the actions "concern substantially the same parties, property, transaction or event" and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil. L.R. 3-12(a).

*Herguan University v. Kanno*, Case No. 16-CV-03619-LHK, is the first-filed case and thus

1

Case No. 16-CV-03619-LHK
ORDER RELATING CASES

has the lowest case number. Under Civil L.R. 3-12(f)(3), "[i]f any Judge decides that any of the cases are related, . . . the Clerk shall reassign all related higher-numbered cases to that Judge." Accordingly, the Clerk shall relate the later-filed case, *Herguan University v. ICE*, Case No. 5:16-CV-06656-BLF, to the first-filed case, *Herguan University v. Kanno*, Case No. 16-CV-03619-LHK.

**IT IS SO ORDERED.**

Dated: December 12, 2016

_____
LUCY H. KOH
United States District Judge